

# THE THIRTEENTH COURT OF APPEALS

13-17-00634-CV

Melanie Wofford and Wofford McAllen Armature Works, Inc.
v.
Tatiyana Geneva Altecor

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Cause No. C-1247-17-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellants, Melanie Wofford and Wofford McAllen Armature Works, Inc.

We further order this decision certified below for observance.

December 21, 2017